564

478 A.2d 104

Commonwealth v. Boynes, Appellant.

Submitted May 24, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.

478 A.2d 105

Commonwealth v. Mehok, Appellant.

Argued May 22, 1984. Garland D. Cherry, Jr., for appellant; Dennis McAndrews, Assistant District Attorney, for appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Judgment of sentence affirmed.